```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FERNANDO MACIAS,

               Plaintiff,

-against-

FRANK SZABO and LANDSTAR RANGER, INC.,

               Defendants.

1:21-cv-06722 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Parties were directed to submit documents in anticipation of the Initial Pretrial Conference in this case one week in advance of the conference. [ECF No. 5]. No documents were filed by September 30, 2021.

    Accordingly, IT IS HEREBY ORDERED the Initial Pre-Trial Conference scheduled for October 6, 2021 at 10:00am is adjourned to October 13, 2021 at 10:00am. Parties are admonished to comply with the Court's Individual Rules and must submit a joint letter and proposed case management plan one week in advance of the Initial Pre-Trial Conference. The Parties should further explain why they failed to comply with the Court's order. Failure to comply with this Order may result in sanctions, including preclusion of a claim or defense, or dismissal of this action.

**SO ORDERED.**

**Date: October 1, 2021**
         **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**