```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FERNANDO MACIAS,<br><br>Plaintiff,<br><br>-against-<br><br>FRANK SZABO and LANDSTAR RANGER, INC.,<br><br>Defendants. | 1:21-cv-06722<br><br>ORDER OF DISMISSAL |

MARY KAY VYSKOCIL, United States District Judge:

The Court has been informed by the Magistrate Judge that a settlement was reached on all issues in this case.  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by May 15, 2023.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: March 29, 2023**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**